1  KENNETH J. FREED, ESQ. [State Bar No. 125349]
   *kfreed@kjfesq.com*
2  DAVID E. WEEKS, ESQ. [State Bar No. 190542]
   *dweeks@kjfesq.com*
3  LAW OFFICES OF KENNETH J. FREED
   14226 Ventura Boulevard
4  Sherman Oaks, California 91423
   Telephone: (818) 990-0888
5  Facsimile: (818) 990-1047

6  Attorneys for Plaintiff, CREDITORS ADJUSTMENT BUREAU, INC.
   Our File No. 6061478

7  ESTHER E. CHO, ESQ. [State Bar No. 204526]
8  KEESAL, YOUNG & LOGAN
   A Professional Corporation
9  450 Pacific Avenue
   San Francisco, California 94133
10 Telephone: (415) 398-6000
   Facsimile: (415) 981-0136

11
   Attorneys for Defendants OPPENHEIMER & CO. INC. and
12 OPPENHEIMER HOLDINGS INC.;

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| CREDITORS ADJUSTMENT BUREAU, INC., | CASE NO. 5:21-cv-05338-VKD |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP RULE 41] |
| OPPENHEIMER & CO. INC.; OPPENHEIMER HOLDINGS INC.; and DOES 1 through 10, Inclusive, | Re: Dkt. No. 17 |
| Defendants. | |

    Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED

///

///

                                    1
~~[proposed]~~ ORDER

WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk shall close this file.

DATED:   October 18, 2021

_____
Hon. Virginia K. De Marchi
United States ~~District Cour~~t Judge
            Magistrate

~~[proposed]~~ ORDER